# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149458

IN RE DENNIS N. POWERS, JUDGE
52-1 DISTRICT COURT

SC: 149458
JTC Formal Complaint 94

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, this matter is hereby CLOSED given the Judicial Tenure Commission's September 8, 2014 order of dismissal of Formal Complaint 94.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2014

Clerk